

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      In re 8650 Frisco, LLC d/b/a Estilo Gaucho Brazilian Steakhouse, Mandona, LLC, Galovelho, LLC, Bahtche, LLC, Claudio Nunes, and David Jeiel Rodrigues

Appellate case number:      01-15-00423-CV

Trial court:      133rd District Court of Harris County

Date motion filed:      July 23, 2015

Party filing motion:      Relators

The en banc court has unanimously voted to deny relators' motion for en banc reconsideration. It is ordered that the motion is denied.

Judge's signature: /s/ Russell Lloyd
                 Acting for the Court*

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date: September 3, 2015